# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Martha Godwin,<br><br>   Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 1:15-cv-01069-MHC |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Martha Godwin, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Gentiva Health Services, Inc.

Respectfully submitted,

June 23, 2015

              By: */s/ Gilda A. Hernandez*
              Gilda A. Hernandez
              THE LAW OFFICES OF GILDA
              A. HERNANDEZ, PLLC
              Gilda A. Hernandez
              315 S. Salem Street, Suite 310
              Apex, NC 27502
              (919) 741-8693

2

ghernandez@gildahernandezlaw.com

BARRETT & FARAHANY, LLP
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

2

2007536.1

## CERTIFICATE OF SERVICE

I do hereby certify that on June 23, 2015, I caused the foregoing *NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

>Respectfully submitted,
>
>By: */s/ Gilda A. Hernandez*
>Gilda A. Hernandez
>THE LAW OFFICES OF GILDA
>A. HERNANDEZ, PLLC
>Gilda A. Hernandez
>315 S. Salem Street, Suite 310
>Apex, NC 27502
>(919) 741-8693
>ghernandez@gildahernandezlaw.com
>
>BARRETT & FARAHANY, LLP
>Amanda A. Farahany,
>GA Bar No. 646135
>1100 Peachtree Street, NE,
>Suite 500
>Atlanta, GA 30309
>404-214-0120
>amanda@bf-llp.com